EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte: <br><br> Leany Iremar Villar Valentín | 2022 TSPR 91 <br><br> 209 DPR |

Número del Caso:  TS-19,339


Fecha:  6 de julio de 2022


Abogado de la parte peticionaria:

      Por derecho propio



Materia:  Readmisión al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


Ex Parte:



Leany Iremar Villar Valentín

TS-19,339




Sala de Verano integrada por el Juez Asociado señor Martínez Torres como su Presidente, la Jueza Asociada señora Pabón Charneco, el Juez Asociado señor Rivera García y el Juez Asociado señor Colón Pérez.


RESOLUCIÓN

En San Juan, Puerto Rico, a 6 de julio de 2022.

Evaluada la *Solicitud de cambio a estatus de abogada activa en el Registro Único de Abogados y Abogadas* presentada por la Sra. Leany Iremar Villar Valentín, se provee ha lugar. Se le readmite al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.



Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo